No. —. EX PARTE D. PAVEL FIALA. June 14, 1943. Application denied for the want of original jurisdiction.

No. —, original. EX PARTE JOSEPH GRECO;
No. —, original. EX PARTE WILLIAM J. WHITE; and
No. —, original. EX PARTE JOHN RUSSELL MILLER. June 14, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 14, original. STEFFLER *v.* UNITED STATES. See *ante,* p. 38.